UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | HON. MICHAEL A. HAMMER |
| --- | --- | --- |
|  | : |  |
| v. | : | Docket No. 2:19-MJ-40015 (MAH) |
|  | : | CONSENT ORDER SETTING |
| QUAHEEM EDWARDS | : | CONDITIONS OF RELEASE AND |
|  | : | DISMISSING DEFENDANT'S |
|  | : | MOTION AS MOOT |

This matter having come before the Court on the application of defendant, Quaheem Edwards, through his counsel, Carol Dominguez, Assistant Federal Public Defender, and Craig Carpenito, United States Attorney for the District of New Jersey, through Ryan Lee O'Neill, Assistant United States Attorney, who does not oppose, and through U.S. Pretrial Services, who does not oppose, to this Consent Order Modifying Conditions of Release in the above-captioned matter, originally set by the Court on December 27, 2019, and for good cause shown,

IT IS ON THIS 2nd day of April 2020,

ORDERED that Defendant's Motion to Modify Conditions of Release [Doc. No. 6] is DENIED as moot, and the Conditions of Release previously imposed on Quaheem Edwards, be hereby modified as follows:

1. Quaheem Edwards shall be released on a $100,000 Unsecured The defendant shall be released into the third-party custody of Lisa Edwards.

2. Pretrial Services Supervision by the Western District of Virginia Probation.

3. Surrender all passports/travel documents. Do not apply for new travel documents.

4. Travel restricted to New Jersey, Western District of Virginia for court purposes, attorney meetings, and as approved by Probation in the Western District of Virginia.

5. Substance abuse testing and/or treatment as directed by the Western District of Virginia Probation.

6. Maintain current residence or a residence approved by the Western District of Virginia Probation.

7. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.

8. Comply with the Western District of Virginia Violation of Supervised Release proceedings.

All other Standard Conditions of Release are to remain in effect.

It is so ORDERED.

s/Michael A. Hammer
_____
HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE